UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-21409-CIV-GOLD/WHITE

MONTREAL A. BROWN,

    Petitioner,

v.

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION; CLOSING CASE

This CAUSE is before the Court on the Report and Recommendation filed by U.S. Magistrate Judge Patrick A. White [DE 16], to which Petitioner has filed an Objection [DE 17]. I have carefully reviewed the Report, the Objection, the case file and the applicable law.  Pursuant to 28 U.S.C. § 2254, Petitioner challenges the constitutionality of his conviction for armed carjacking with a firearm and armed robbery with a firearm, entered following a jury verdict in the Eleventh Judicial Circuit in and for Miami-Dade County. Petitioner brings an array of claims, including claims that the State withheld *Brady* material, the State committed prosecutorial misconduct in statements made during opening statements and closing argument, ineffective assistance of counsel in the conduct of Petitioner's defense, and that his sentences were vindictive because he refused to accept the State's plea offer.  The Report is comprehensive, thorough and well-reasoned as to each of Petitioner's claims, and I agree with its reasoning as to the lack of merit of each claim.  Petitioner's Objection is not persuasive and raises no cognizable legal arguments, other than the blanket assertion that the records, transcripts, exhibits, police reports, depositions, and photo line ups in their entirety support Petitioner's arguments.

Accordingly, it is hereby

ORDERED and ADJUDGED that

1. The Report and Recommendation [DE 16] is ADOPTED and AFFIRMED in its entirety.

2. The Petition for writ of habeas corpus is DENIED.

3. This case is CLOSED.

DONE and ORDERED in Chambers in Miami, Florida, this 5 day of September, 2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Patrick A. White